UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
Eastern Division

Jane Doe
                              Plaintiff,

v.                                            Case No.: 1:25−cv−02354
                                              Honorable Edmond E. Chang

Maison Marcel LLC, et al.
                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, August 18, 2025:

    MINUTE entry before the Honorable Edmond E. Chang: Given the nature of the allegations and injuries in this case, the motion [27] to seal is granted. Although there is a strong presumption of public access, sexual−assault victims are conferred this type of privacy protection. Doe v. Blue Cross & Blue Shield United of Wisc., 112 F.3d 869, 872 (7th Cir. 1997). The motion [25] to file oversized brief is granted. Emailed notice (mw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.